JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MELINDA K. THOMAS, | Case No. 5:19-cv-01261-ODW (SHK) |
|---|---|
| Petitioner, | |
| v. | **JUDGMENT** |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: 8/27/2019

HONORABLE OTIS D. WRIGHT, II
United States District Judge